ACCEPTED
15-25-00156-cv
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/17/2025 3:27 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00156-CV**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/17/2025 3:27:36 PM
CHRISTOPHER A. PRINE
Clerk

In the Fifteenth District Court of Appeals, Austin, Texas

TEXAS RACING COMMISSION,
*Appellant,*

v.

TOBY KEETON,
*Appellee.*

On Appeal from the 353rd District Court of Travis County, Texas
The Honorable Aurora Martinez-Jones, Presiding

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR APPELLANT'S BRIEF

Appellant, the Texas Racing Commission, respectfully requests an 18-day extension of time to December 15, 2025, in which to file its brief in the captioned appeal. Appellee is unopposed to this motion. In support, Appellant would show the Court as follows:

1. This is Appellant's first request for an extension.

2. Appellant's brief is due 20 days after both the court reporter's and clerk's records are filed.

3. The clerk's record was filed on November 4, 2025, and the reporter's record was filed on November 6, 2025.

4.   Appellant's brief is due on November 26, 2025.

5.   This extension would make Appellant's brief due Monday, December 15, 2025.

6.   Appellant has been inundated with multiple emergency cases, which require immediate attention.

7.   Additionally, the Office of the Attorney General has minimal staff working or is closed from November 25-30, 2025.

8.   This motion is not interposed for the purpose of delay, but only to allow Appellant's counsel the time to adequately prepare and file its brief, and to maintain consistent briefing schedules.

9.   Counsel for Appellee is not opposed to this motion.

Appellant, the Texas Racing Commission, therefore, respectfully requests an extension of time to and including December 15, 2025, in which Appellant is to file and serve its brief in the captioned appeal.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

ERNEST C. GARCIA
Chief, Administrative Law Division

*/s/ Lauren E. McGee*
LAUREN E. MCGEE
State Bar No. 24128835
Assistant Attorney General
Administrative Law Division
Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-3203
Lauren.McGee@oag.texas.gov

ATTORNEYS FOR APPELLANT TEXAS RACING
COMMISSION

## CERTIFICATE OF CONFERENCE

I hereby certify that on November 13, 2025, counsel for all parties conferred via email about the contents of this Motion and are unopposed to the extensions being sought within the Motion.

*/s/ Lauren McGee*
LAUREN MCGEE
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2025, a true and correct copy of the above and foregoing document has been served to the following party of record via electronic service and/or electronic mail:

CLARK O. BREWSTER
State Bar No. 786841
JOSEPH C. DE ANGELIS
Admitted Pro Hac Vice
Brewster & De Angelis, PLLC
2617 E. 21st Street
Tulsa, OK 74114
Telephone: (918) 742-2021
cbrewster@brewsterlaw.com
jcdeangelis@brewsterlaw.com

DON GRIFFIN, JR.
State Bar No. 08456975
Vinson & Elkins, LLP
845 Texas St., Ste 4700
Houston, TX 77002-2946
Telephone: (713) 758-3508
dgriffin@velaw.com

ATTORNEYS FOR APPELLEE
TOBY KEETON

*/s/ Lauren McGee*
Lauren McGee
Assistant Attorney General

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jennifer Foster on behalf of Lauren McGee
Bar No. 24128835
jennifer.foster@oag.texas.gov
Envelope ID: 108135083
Filing Code Description: Motion
Filing Description: Motion for Extension
Status as of 11/17/2025 3:35 PM CST

Associated Case Party: Toby Keeton

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Clark Brewster | 786841 | cbrewster@brewsterlaw.com | 11/17/2025 3:27:36 PM | SENT |
| Don Griffin | 8456975 | dgriffin@velaw.com | 11/17/2025 3:27:36 PM | SENT |
| Joseph DeAngelis | | jcdeangelis@brewsterlaw.com | 11/17/2025 3:27:36 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jennifer Foster | | Jennifer.Foster@oag.texas.gov | 11/17/2025 3:27:36 PM | SENT |

Associated Case Party: Texas Racing Commission

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Lauren McGee | | lauren.mcgee@oag.texas.gov | 11/17/2025 3:27:36 PM | SENT |